UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Schmidt Printing, Inc.,

Plaintiff,

v.

Impact Publishing, Inc.,

Defendant.

Civil 02-48 JRT/FLN

ORDER

---

Margaret A. Fernandez, Esq., on behalf of The Fernandez Law Firm, P.C., having submitted its motion requesting to withdraw as counsel. Based upon the hearing held in connection with the March 20, 2002, scheduling conference, and based upon the representation of Harvey Eckart, Esq., that he will continue to represent Impact Publishing, the motion of Margaret Fernandez and The Fernandez Law Firm is GRANTED [#7].

DATED: April 11, 2002.

FRANKLIN L. NOEL
United States Magistrate Judge

FILED APR 12 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________