UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| SCHMIDT PRINTING, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>IMPACT PUBLISHING, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO: 02-CV-48 (JRT/FLN)<br><br>**CONSENT ORDER AND FINAL JUDGMENT** |

Plaintiff Schmidt Printing, Inc. ("Schmidt Printing") and defendant Impact Publishing, Inc. ("Impact Publishing") hereby AGREE AND STIPULATE to the Court's entry of this Consent Order and Final Judgment and to the following recitals:

## I. PARTIES

A. Schmidt Printing is Minnesota corporation with its principal place of business located at 1101 Frontage Road NW, Byron, MN 55920. Schmidt Printing is in the business of producing, printing and mailing card packs and a variety of other direct mail pieces that are used in the direct marketing and advertising industry.

B. Impact Publishing is a Georgia corporation with its principal place of business located at 1728 Sands Place, Marietta, Georgia 30067. Impact Publishing uses companies such as Schmidt Printing to manufacture, produce and mail card packs that Impact Publishing sells to its customers.

## II. FACTUAL BACKGROUND

A. During the time period spanning from January 2001 through August 2001, Impact Publishing entered into an agreement or series of agreements with Schmidt Printing pursuant to

FILED JUL 25 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

which Impact Publishing agreed to purchase, on an open account, certain printing services from Schmidt Printing.

B. Schmidt Printing provided certain printing services to Impact Publishing. Despite its agreement and obligation to do so, Impact Publishing has failed to pay for all of the printing services provided by Schmidt Printing.

C. The total amount alleged to due and owing by Impact Publishing to Schmidt Printing is $177,205.32, exclusive of interest and costs.

D. In January 2002, Schmidt Printing commenced a civil action against Impact Publishing in the United States District Court, District of Minnesota, titled Schmidt Printing, Inc. v. Impact Publishing, Inc. (the "Litigation"), seeking damages in the amount of $177,205.32 for Impact Publishing's alleged failure to pay for the printing services provided by Schmidt Printing.

E. Impact Publishing disputes the amount it owes to Schmidt Printing and further contends that it is entitled to an offset of approximately $40,000.00 as a result of Schmidt Printing's alleged failure to properly and timely print and mail certain printing projects.

F. Notwithstanding its alleged claims against Schmidt Printing, Impact Publishing desires to avoid the expense attendant to further legal proceedings relating to the Litigation and hereby consents to the entry of a final judgment against it, and in favor of Schmidt Printing, in the amount of $157,205.32.

G. In entering into this Consent Order and Final Judgment, the undersigned each represent that they have proceeded upon the advice of an attorney of their own choice, that the undersigned have read the terms of this Consent Order and Final Judgment, and that the terms of this Consent Order and Final Judgment have been read and explained by their attorney, and that the terms are understood and voluntarily accepted by them.

Dated: ________________, 2002.

IMPACT PUBLISHING, INC.

By: ________________

Its: President

Subscribed and sworn to before me this
_____ day of ________________, 2002.

________________________________
Notary Public
Commission Expires:

Dated: July 22nd, 2002.

SCHMIDT PRINTING, INC.

By: ________________

Its: President

Subscribed and sworn to before me this
22nd day of July, 2002.

Lisa Inman
Notary Public
Commission Expires: 1/31/05

LISA INMAN
NOTARY PUBLIC - MINNESOTA
NICOLLET COUNTY
MY COMMISSION EXPIRES 1-31-2005

**ORDER**

Based upon the stipulation between the parties, IT IS HEREBY ORDERED that judgment shall be entered in favor of plaintiff Schmidt Printing, Inc. and against defendant Impact Publishing, Inc. in the amount of $157,205.32.

IT IS FURTHER ORDERED that the parties shall bear their own costs and attorneys' fees.

LET JUDGMENT BE ENTERED ACCORDINGLY, IMMEDIATELY AND WITHOUT DELAY. SO ORDERED.

Dated: July 25, 2002.

BY THE COURT:

[signature]

Hon. John R. Tunheim
Judge of United States District Court

GP:899087 v1